## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES E. GRANT,

     Plaintiff,                                    JUDGMENT IN A CIVIL CASE

v.                                                           Case No. 09-cv-585

TRENTON SCHAFER, RICHARD
LARSON, NICHOLAS KRAMER,
SGT. SONDREAL, SGT. IMMEL,
SGT. LINDSLEY, LT. TWOMBLY,
DEPUTY SCHRIER, DANE COUNTY
JAIL ADMINISTRATION and SGT.
VANDERMOLEN,

     Defendants.

---

    This action came for consideration before the court with District Judge
Barbara B. Crabb  presiding.  The issues have been considered and a decision has
been rendered.

---

### IT IS ORDERED AND ADJUDGED

that judgment is entered in favor of defendants and this case is dismissed for

plaintiff's failure to state a claim upon which relief can be granted.


_Peter Oppeneer_                                    2/23/10

    Peter Oppeneer, Clerk of Court                      Date